Made by THOMAS H. McDOWELL, for Himself, Respondent, v. NEW FILM CORPORATION and DISPATCH FILM CORPORATION, Employers, and UNITED STATES FIDELITY AND GUARANTY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

EDWARD G. MURRAY LIGHTERAGE AND TRANSPORTATION COMPANY, Respondent, v. ROSWELL E. WARREN, Individually and as Sheriff of Washington County, N. Y., Appellant.— Judgment affirmed, with costs. All concurred, except John M. Kellogg, P. J., dissenting.

MARCELLUS AND OTISCO LAKE RAILWAY COMPANY, Respondent, v. THE STATE OF NEW YORK, Appellant.— Judgment unanimously affirmed, with costs.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of GEORGE STIVINS, Respondent, for Compensation under the Workmen's Compensation Law, v. BUFFALO CEREAL COMPANY, Employer, and the STANDARD ACCIDENT INSURANCE COMPANY OF DETROIT, MICHIGAN, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ANNIE ECKHARD, Widow, and the Children of JOSEPH ECKHARD, Deceased, Respondents, for Compensation under the Workmen's Compensation Law, v. FLINT & HORNER COMPANY, INC., Employer, and GLOBE INDEMNITY COMPANY, Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim of ALEXANDER STEIN, Respondent, for Compensation under the Workmen's Compensation Law, v. BRIGHT STAR BATTERY COMPANY, Employer, and THE TRAVELERS INSURANCE COMPANY, Insurance Carrier, Appellants.— Award affirmed. All concurred, except Woodward, J., dissenting.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by MARY E. BROTHERTON, Respondent, for the Death of MERRITT G. BROTHERTON, v. ROCK SALT CORPORATION, Employer, and THE TRAVELERS INSURANCE COMPANY, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by GEORGE P. SMITH, Respondent, v. GEORGE W. WASHBURN & Co., Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed.

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law, Made by ROSE KATHERINE CALLOW, Widow, on Behalf of Herself and Infant Daughters, Respondent, on Account of the Death of HERBERT CALLOW, v. OTIS ELEVATOR COMPANY, Employer, and EMPLOYERS' LIABILITY ASSURANCE CORPORATION, LTD., Insurance Carrier, Appellants.— Award unanimously affirmed on the authority of *Van Keuren* v. *Divine & Sons* (179 App. Div. 509; affd., 222 N. Y. 648).

Before STATE INDUSTRIAL COMMISSION, Respondent. In the Matter of the Claim for Compensation under the Workmen's Compensation Law,